AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

_____ DISTRICT OF _____

V.

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER:

**CV 08 3505 (PR) JF**

FILED 08 JUL 22 PM 3:27 R. WIEKING DISTRICT COURT

I, Jose Luis Varelas, declare that I am the (check appropriate box)

- [X] petitioner/plaintiff
- [ ] movant (filing 28 U.S.C. 2255 motion)
- [X] respondent/defendant
- [ ] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?  Yes [ ]  No [X]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
   2000? $10.25 hr

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment     Yes [ ]  No [ ]
   b. Rent payments, interest or dividends?                      Yes [ ]  No [ ]
   c. Pensions, annuities or life insurance payments?            Yes [ ]  No [ ]
   d. Gifts or inheritances?                                     Yes [ ]  No [ ]
   e. Any other sources?                                         Yes [X]  No [ ]

AO 240 Reverse

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

Sometimes I recieve $20.00 from friends or family members to buy Hygiene.

3. Do you own any cash, or do you have money in checking or savings accounts?

   Yes ☐   No ☒   (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ☐   No ☒

   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7-10-71  
         (Date)                            Signature of Applicant

**CERTIFICATE**
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ _____

**ORDER OF COURT**

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____ United States Judge    Date | _____ United States Judge    Date |

__Jose luis Varelas # F-11094__
(Petitioner)

__Derryl Adams   Warden CSP__
(Respondent[s])

**DECLARATION IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS**

I, __Jose luis Varelas__, declare that I am the petitioner in the above-entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?

   ☐ Yes   ☒ No

   (a) If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer. _____

   (b) If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, within the past twelve (12) months, any money from the following sources:

   (a) Business, profession or form of self-employment?   ☐ Yes   ☒ No
   (b) Rent payments, interest or dividends?              ☐ Yes   ☒ No
   (c) Pensions, annuities or life insurance payments?    ☐ Yes   ☒ No
   (d) Gifts or inheritances?                             ☐ Yes   ☒ No
   (e) Any other source?                                  ☒ Yes   ☐ No

   If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve (12) months: _____

3. Do you own any cash, or do you have money in a checking or savings account?
   *(Include any funds in prison accounts)*

   ☐ Yes   ☒ No

   If the answer is "yes", state the total value of the items owned: _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property?
   *(Exclude ordinary household furnishings and clothing)*

   ☐ Yes   ☒ No

   If the answer is "yes", describe the property and state its approximate value: _____

---

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**
28 U.S.C. § 2254

CV-69 (07/02)

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _____

_____

_____

_____

_____

_____

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct. Executed on

_____6-29-08_____
         Date

_____
         Signature of Petitioner


## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Dated: _____        _____
                                          Authorized Officer of Institution

                                          _____
                                          Title of Officer