C08-3505 JF

Dear Clerk MR Richard W. Wieking          8-19-08

   I was given 30 days from the date of July 22, 2008 to return my application to proceed in forma Pauperis with the proper supporting documents & signature.
   Since I recieved your notice i immediatly wrote the prison trust office at which point they described to me the process. I sent them all the needed documents at which point they are supposed to send these documents to my counselor for a signature. I spoke to my counselor yesterday. She told me she has not yet recieved the application & trust account printout. The date is now Aug 19th 08. I do not believe i will recieve this signature by Aug 22. I would like to request a time extension so that I can make the deadline as i cannot afford to have my petition dismissed. these documents have been in the hands of the trust office for at least 2½ weeks & according to my counselor the trust office is responsible for the delay. please respond as soon as possible

                    thank you for your time
                    Sincerely
                    Jose Varelas

RECEIVED

AUG 22 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Note: but this letter prepared to send out when counselor was ready to sign. that has yet not happened.

Dear Mr. Richard W. Wieking (Clerk)                     8-8-08

    This brief letter is in response to the notice you sent in regards to using an incorrect form for the <u>In forma Pauperis</u> application. I am sending the correct form & I do hope it was done correctly. I Do want to say that there is inadequate help at this law library. Obviously I was given the wrong form & it has made me feel uneasy.

    Is there an official form that I need to fill out to make sure that I will be allowed to file a second petition or an amended Petition. I have newly discovered claims that need to be exhausted. I really do not know what I am doing. These Newly discovered claims are complex & beyond my understanding & I am looking for legal assistance at this time to help with these issues. Should I have filled out an application with these newly discovered claims & sent them with this First Petition or is something I can do at a later date? If I must fill out some other form with these newly discovered claims & send them with this first petition is there anyway I can ask for the forms & ask for an extension to have enough time to fill out the form properly & submit it with this first petition containing the exhausted claims. I hope there is some advice you can give me in this.

                              Thank you for your time
                              Sincerely,
                              Jose Varelas
                              7-30-08

**STATE OF CALIFORNIA**
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

**DEPARTMENT OF CORRECTIONS**

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 8-6-08 | ~~3L Counselor~~ ~~Mrs Barger~~ | Varelas | F-11094 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | | JOB NUMBER FROM | TO |
|---|---|---|---|---|---|
| 443L | 38L | 4SV | | | |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | | ASSIGNMENT HOURS FROM | TO |
|---|---|---|---|

RECEIVED AUG 14 2008 TRUST OFFICE

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I have only days to get a printout of all transactions (trust account) for the last 6 months & signed for the District Court. They sent back my Habeas petitions & have asked for this information so that I can send back my application to proceed in forma pauperis - It needs to be sent back as soon as I can get it hopefully within a weeks time as my time will run out 8-22-08

— They need to receive it by this date.

**INTERVIEWED BY**
D. Greer

**DATE** 8/14/08

**DISPOSITION**
Please see attached memo for processing In Forma Pauperis. Thank you

4A3L-38L
P.O Box 3476
Corcoran, CA. 93212

CORCORAN STATE PRISON

RECEIVED
AUG 2 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9410243681 0004

US DISTRICT COURT
450 GOLDEN GATE AVE.
P.O. Box 36060
SAN FRANCISCO, CA. 94102-9680



Hasler
$00.420
Mailed From 93212
08/20/2008
US POSTAGE



CORCORAN STATE PRISON

Hauler

018H2650485
$00.000
Mailed From 93212
US POSTAGE