**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE LUIS VARELAS, )
            Plaintiff, )
  vs. )
DARREL ADAMS, Warden, )
            Defendant. )
)

No. C 08-03505 JF (PR)

ORDER GRANTING EXTENSION OF TIME TO FILE *IN FORMA PAUPERIS* APPLICATION

(Docket No. 4)

      On July 22, 2008, Plaintiff filed this pro se civil rights action. On that same day, the clerk of the Court sent a notification to Plaintiff that his application for leave to proceed in forma pauperis was insufficient for the following reasons: 1) Plaintiff did not use the correct form; 2) Plaintiff did not submit a Certificate of Funds in Prisoner's Account; and 3) Plaintiff did not attach a copy of his prisoner trust account statement showing transactions for the last six months. The notification included the warning that the case would be dismissed if Plaintiff failed to pay the fee or file the completed application within thirty days. Along with the notice, the clerk provided a copy of the court's in forma pauperis application, a

Order Granting Extension of Time to file IFP Application
P:\PRO-SE\SJ.JF\CR.08\Varelas03505_ifp-eot.wpd

Certificate of Funds in Prisoner's Account form, and a return envelope. On August 22, 2008, Plaintiff filed a letter requesting an extension of time to file a completed <u>in forma pauperis</u> application.

Good cause appearing, the Court will extend the time an additional thirty days for Plaintiff to file a complete <u>in forma pauperis</u> application and the necessary accompanying documents. The application and documentation must be filed with the Court **no later than September 22, 2008**. Failure to comply with the Court's order in a timely manner will result in the dismissal of the case without prejudice for failure to pay the filing fee.

This order terminates Docket No. 4

DATED: 9/3/08

JEREMY FOGEL
United States District Judge

Order Granting Extension of Time to file IFP Application
P:\PRO-SE\SJ.JF\CR.08\Varelas03505_ifp-eot.wpd          2