FILED

08 SEP -2  PM 2: 29

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4
5
6
7

8             **UNITED STATES DISTRICT COURT**
9        **NORTHERN DISTRICT OF CALIFORNIA**

10

11   Jose Luis Varelas  Plaintiff,       CASE NO. _CV 08  3505 JF_

12       vs.                   **PRISONER'S**

13                                 **APPLICATION TO PROCEED**
                                       **IN FORMA PAUPERIS**

14                  Defendant.

15

16      I, Jose L. Varelas , declare, under penalty of perjury that I am the

17 plaintiff in the above entitled case and that the information I offer throughout this application

18 is true and correct. I offer this application in support of my request to proceed without being

19 required to prepay the full amount of fees, costs or give security. I state that because of my

20 poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21 entitled to relief.

22      In support of this application, I provide the following information:

23 1.    Are you presently employed? Yes ____ No _X_

24 If your answer is "yes," state both your gross and net salary or wages per month, and give the

25 name and address of your employer:

26 Gross: _____ Net: _____

27 Employer: _____

28 _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.  (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  _date of last employment in the year 2000 or 2001_

5  _was earning 10.25 hr._

6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9    a.    Business, Profession or                Yes ____ No X

10          self employment

11   b.    Income from stocks, bonds,             Yes ____ No X

12         or royalties?

13   c.    Rent payments?                         Yes ____ No X

14   d.    Pensions, annuities, or                Yes ____ No X

15         life insurance payments?

16   e.    Federal or State welfare payments,     Yes ____ No X

17         Social Security or other govern-

18         ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____

22  _____

23  3.    Are you married?                        Yes X No ____

24  Spouse's Full Name: _Vanessa Marie Varelas (Ruiz)_

25  Spouse's Place of Employment: _Seperated - have not heard from her in almost_

26  Spouse's Monthly Salary, Wages or Income: _a year._

27  Gross $_____?_____ Net $___?_____

28  4.    a.    List amount you contribute to your spouse's support:$ ___()___

1    b.    List the persons other than your spouse who are dependent upon you for

2    support and indicate how much you contribute toward their support. (NOTE:

3    For minor children, list only their initials and ages. DO NOT INCLUDE

4    THEIR NAMES.).

5    _____

6    _____

7    5.    Do you own or are you buying a home?    Yes ___ No X

8    Estimated Market Value: $___ NA ___ Amount of Mortgage: $ NA

9    6.    Do you own an automobile?    Yes ___ No X

10    Make ___ 0 ___ Year ___ 0 ___ Model ___ 0 ___

11    Is it financed? Yes ___ No ___ If so, Total due: $ _____

12    Monthly Payment: $ _____

13    7.    Do you have a bank account? Yes ___ No X (Do not include account numbers.)

14    Name(s) and address(es) of bank: _____

15    _____

16    Present balance(s): $ __0__

17    Do you own any cash? Yes ___ No X Amount: $ _____

18    Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19    market value.) Yes ___ No X

20    _____

21    8.    What are your monthly expenses?

22    Rent: $ ___ N/A ___ Utilities: _____

23    Food: $ _____ Clothing: _____

24    Charge Accounts:

25    Name of Account    Monthly Payment    Total Owed on This Acct.

26    _____ $ _____ $ _____

27    _____ $ N/A $ _____

28    _____ $ _____ $ _____

1    9.    Do you have any other debts? (List current obligations, indicating amounts and to

2    whom they are payable. Do not include account numbers.)

3    _____N/A_____

4    _____

5    10.    Does the complaint which you are seeking to file raise claims that have been presented

6    in other lawsuits?  Yes ____ No ✗

7    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8    which they were filed.

9    _____

10    _____

11        I consent to prison officials withdrawing from my trust account and paying to the court

12    the initial partial filing fee and all installment payments required by the court.

13        I declare under the penalty of perjury that the foregoing is true and correct and

14    understand that a false statement herein may result in the dismissal of my claims.

15

16    __7-30_____        _Jose C. Vandas_____

17        DATE             SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

1
2
3      **Case Number:** CV 08 3505
4
5
6
7
8                    **CERTIFICATE OF FUNDS**
9                              **IN**
10                 **PRISONER'S ACCOUNT**
11
12        I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of _Jose Varelas_ for the last six months
                                        [prisoner name]
14   _CSP-Corcoran_ where (s)he is confined.
        [name of institution]
15        I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ _3.00_ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $ _5.83_ .
18
19   Dated: _8/11/2008_               _D. Geer   AC II_
20                                     [Authorized officer of the institution]
21
22
23
24
25
26
27
28

REPORT ID: TS3030 .701                          REPORT DATE: 08/11/08
                                                        PAGE NO:      1

                      CALIFORNIA DEPARTMENT OF CORRECTIONS
                         CALIF. STATE PRISON CORCORAN
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: FEB. 01, 2008 THRU AUG. 11, 2008

ACCOUNT NUMBER : F11094               BED/CELL NUMBER: 4A3L0000000038L
ACCOUNT NAME   : VARELAS, JOSE LUIS      ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                          TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE  DESCRIPTION    COMMENT   CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
-----   ----  -----------    -------   ---------  --------  -----------  -------

02/01/2008   BEGINNING BALANCE                                              0.00

04/24*DD30 CASH DEPOSIT  4102/18567              9.00                       9.00
05/02*DD30 CASH DEPOSIT  4218/18606              9.00                      18.00
06/17 W502 POSTAGE CHARG 4929 FED-X                          11.00          7.00
07/03 FC06 DRAW-FAC 6    0052 4 A                             6.00          1.00


                       CURRENT HOLDS IN EFFECT

   DATE      HOLD
  PLACED     CODE       DESCRIPTION           COMMENT    HOLD AMOUNT
-----------  ----   -------------------       --------   -----------
07/15/2008   H109   LEGAL POSTAGE HOLD       0227 07 11       2.19


                  * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 12/12/05                   CASE NUMBER: 210932
COUNTY CODE: SCL                          FINE AMOUNT: $  10,000.00

  DATE      TRANS.   DESCRIPTION             TRANS. AMT.   BALANCE
--------    ------   -----------             -----------   -------

02/01/2008  BEGINNING BALANCE                              10,000.00

04/24/08    DR30     REST DED-CASH DEPOSIT      10.00-      9,990.00
05/02/08    DR30     REST DED-CASH DEPOSIT      10.00-      9,980.00

     * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
     * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                       TRUST ACCOUNT SUMMARY

 BEGINNING     TOTAL       TOTAL       CURRENT      HOLDS    TRANSACTIONS
  BALANCE     DEPOSITS   WITHDRAWALS   BALANCE     BALANCE   TO BE POSTED
------------ ----------- ------------ ----------- --------- -------------
     0.00       18.00       17.00         1.00       2.19        0.00

                                              CURRENT
                                             AVAILABLE
                                              BALANCE
                                            -----------
                                                 1.19-
                                            -----------

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 8/11/2008
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ A C II
   TRUST OFFICE

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

Jose luis Varelas #F-11094
4431-381
P.o.Box 3476
Cocoran, Co. 93212

## BUSINESS REPLY MAIL

FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680