**United States District Court**
For the Northern District of California

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS VARELAS, | No. C 08-03505 JF (PR) |
| Petitioner, | ORDER GRANTING MOTION FOR EXTENSION OF TIME |
| v. | |
| DERRYL ADAMS, Warden, | |
| Respondent. | (Docket No. 13) |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse within thirty days after the answer was filed. Respondent has filed an answer. Petitioner now moves for an extension of time to file a traverse. Good cause appearing, Petitioner's motion (Docket No. 13) is GRANTED. Petitioner shall file a traverse **no later than May 8, 2009.**

This order terminates Docket No. 13.

IT IS SO ORDERED.

DATED: 4/9/09

JEREMY FOGEL
United States District Judge

Order Granting Motion for Ext, of Time to File Traverse
P:\PRO-SE\SJ.JF\HC.08\Varelas03505_eot-trav.wpd